UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EMMA RAMIREZ, | ) | Case No.: C 09-04883 PVT |
| Plaintiff, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO** |
| v. | ) ) | **PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) | **"DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| Defendants. | ) | |

On November 20, 2009, defendants Recontrust Company, N.A. and Mortgage Electronic Registration Systems, Inc. moved to strike portions of the complaint and moved to dismiss pursuant to Rule 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to strike and motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than December 4, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1   section of the court's website at www.cand.uscourts.gov.

2   Dated:   November 20, 2009

   _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge