AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| EMMA RAMIREZ<br><br>    Plaintiff (s),<br>V.<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, A SUBSIDIARY OF BANK OF AMERICA; CHEVY CHASE BANK, F.S.B. and DOES 1 through 50,<br>    Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C09-04883 PVT |

Notice is hereby given that, subject to approval by the court, Mortgage Electronic Registration Systems, Inc. substitutes
(Party (s) Name)

James J. Jirn , State Bar No. 241189 as counsel of record in
(Name of New Attorney)

place of John W. Amberg, Vanessa A. Sunshine, and Joseph Louis Cavinato, III of Bryan Cave LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Archer Norris
Address:       2033 North Main Street, Suite 800, Walnut Creek, CA  94596
Telephone:     925-930-6600                    Facsimile 925-930-6620
E-Mail (Optional):  jjirn@archernorris.com

I consent to the above substitution.

Date:   November    , 2009

_(Signature of Party (s))_
Mortgage Electronic Registration Systems, Inc.
Joseph S. Patty, In house counsel

I consent to being substituted.

Date:   November 23, 2009

_(Signature of Former Attorney (s))_
John W. Amberg/ Vanessa A. Sunshine/
Joseph Louis Cavinato, III

I consent to the above substitution.
Date:   November    , 2009

_(Signature of New Attorney)_
James J. Jirn

The substitution of attorney is hereby approved and so ORDERED.

Date:   November 24, 2009

_Patricia V. Trumbull_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com