AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

EMMA RAMIREZ

                      Plaintiff (s),

V.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, A SUBSIDIARY OF BANK OF AMERICA; CHEVY CHASE BANK, F.S.B. and DOES 1 through 50,

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-04883 PVT

Notice is hereby given that, subject to approval by the court, Mortgage Electronic Registration Systems, Inc. (Party (s) Name) substitutes Douglas C. Straus (Name of New Attorney), State Bar No. 96301 as counsel of record in place of John W. Amberg, Vanessa A. Sunshine, and Joseph Louis Cavinato, III of Bryan Cave LLP. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Archer Norris
    Address: 2033 North Main Street, Suite 800, Walnut Creek, CA 94596
    Telephone: 925-930-6600  Facsimile 925-930-6620
    E-Mail (Optional): dstraus@archernorris.com

I consent to the above substitution.

Date: November , 2009

(Signature of Party (s))
Mortgage Electronic Registration Systems, Inc.
Joseph J. Patry, Inhouse Counsel

I consent to being substituted.

Date: November 23, 2009

(Signature of Former Attorney (s))
John W. Amberg/Vanessa A. Sunshine/
Joseph Louis Cavinato, III

I consent to the above substitution.
Date: November , 2009

By (Signature of New Attorney)
Douglas C. Straus

The substitution of attorney is hereby approved and so ORDERED.

Date: November 24, 2009

*Patricia V. Trumbull*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com