*IT IS SO ORDERED*
*Judge James Ware*
12/29/2009

1  Gary Lane, Esq. SBN: 050960
   CONSUMER PROTECTION
   LEGAL SERVICES, INC.
2  2911 South Bristol Street
   Santa Ana, CA 92704-6205
3  Telephone: (714) 442-2421
   Facsimile:  (714) 995-6655
4
   Attorney for Plaintiff
5  EMMA RAMIREZ

6

7                     UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10 EMMA RAMIREZ,                        ) Case No.: C09-04883 JW
                                        )
11                                      )
              Plaintiff,                )
12                                      ) Honorable James Ware
                                        )
13                                      )
   v.                                   )
14                                      ) **REQUEST FOR DISMISSAL**
                                        )
15                                      )
                                        )
16 MORTGAGE ELECTRONIC REGISTRATION     ) **Complaint Filed: August 20, 2009**
   SYSTEMS, INC.; RECONTRUST COMPANY A  ) **Trial Date: None**
17 SUBSIDIARY OF BANK OF AMERICA;       )
   CHEVY CHASE BANK, F.S.B. and DOES 1  )
18 through 50, inclusive,               )
                                        )
19                                      )
                                        )
20            Defendants.               )
                                        )
21                                      )
                                        )
22

23              TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24      IT IS HEREBY REQUESTED that Defendant, Recontrust Company, a Subsidiary of

25 Bank of America be dismissed as a Defendant in this action as it pertains to all causes of action.

26

27

28

                            REQUEST FOR DISMISSAL

1  This Dismissal is made only as to said Defendant, Recontrust Company, a Subsidiary of
2  Bank of America without prejudice.

Dated: December 22, 2009        **CONSUMER PROTECTION LEGAL SERVICES**

By: Gary Lane, Esq.
Attorney for Plaintiff
EMMA RAMIREZ

REQUEST FOR DISMISSAL